AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Nicholas Currie

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 1:16-cv-105-LGW-BKE
1:07-cr-077-LGW-BKE

United States of America

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court dated October 25, 2016, judgment of dismissal is hereby entered and this case stands dismissed.

Approved by: [signature]

10/25/2016
Date

Scott L. Poff
Clerk

[signature]
(By) Deputy Clerk

GAS Rev 10/1/03